1  MCGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel
3  DANIEL P. TALBERT
   Special Assistant United States Attorney
4       Social Security Administration
        160 Spear Street, Suite 800
5       San Francisco, CA 94105
        Telephone: (415) 977-8995
6       Facsimile: (415) 744-0134
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ERNEST MASTEL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 2:17-cv-02390-KJN<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND BRIEFING SCHEDULE |

　　　　The parties stipulate, with the approval of this Court, to a modification of the briefing schedule in this case. There is good cause for this extension because counsel for Plaintiff has determined that the certified administrative record lodged in this case is missing the hearing transcript, and counsel for Defendant must obtain those missing pages to file with this Court before completing the briefing of this case. The parties stipulate to the following briefing schedule:

　　　　1. Defendant shall have until May 7, 2018, to file a supplemental certified administrative record containing the hearing transcript.

2. Plaintiff shall have until June 6, 2018, to file his motion for summary judgment.

3. Defendant shall have until July 6, 2018, to file her cross-motion for summary judgment.

4. Plaintiff shall have until July 27, 2018, to file her reply, if any, to Defendant's cross-motion for summary judgment.

Respectfully submitted,

DATE: April 24, 2018

*/s/ Laura Krank*
LAURA KRANK

Attorney for Plaintiff
Authorized via email

MCGREGOR W. SCOTT
United States Attorney

DATE: April 24, 2018  By  *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 25, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE